## Skadden, Arps, Slate, Meagher & Flom LLP

ONE MANHATTAN WEST
NEW YORK, NY 10001
———
TEL: (212) 735-3000
FAX: (212) 735-2000
www.skadden.com

DIRECT DIAL
(212) 735-3792
DIRECT FAX
(917)-777-3792
EMAIL ADDRESS
CHRISTOPHER.MALLOY@SKADDEN.COM

FIRM/AFFILIATE OFFICES
———
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
PALO ALTO
WASHINGTON, D.C.
WILMINGTON
———
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
MUNICH
PARIS
SÃO PAULO
SEOUL
SHANGHAI
SINGAPORE
TOKYO
TORONTO

June 9, 2021

**VIA ECF**

The Honorable P. Kevin Castel
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

        RE: *Castle Apparel Limited et al. v. Del Vecchio et al.*,
            No. 1:21-cv-04406-PKC

Dear Judge Castel:

      We represent defendants Claudio Del Vecchio, Matteo Del Vecchio, Peak Trust Company, DV Family LLC, and Delfin S.A.R.L. (collectively, "Defendants") in the above-referenced action (the "Action"). In accordance with Rule 1.B of Your Honor's Individual Practices, we respectfully submit this letter to request an extension of certain Defendants' time to respond to the Complaint. An initial pre-trial conference is currently scheduled for July 16, 2021. (*See* ECF No. 11)

      Defendants, other than Defendants DV Family LLC, and Delfin S.A.R.L., have been served with the Complaint in the Action. By agreement among the parties, on June 3, 2021, defendants DV Family LLC, and Delfin S.A.R.L. waived service of process. In exchange, and in order to coordinate a collective response date for all Defendants, Plaintiffs agreed that all Defendants shall have until July 27, 2021 to respond to the Complaint. We respectfully request the Court's approval of this agreement. No prior request for an extension of the time to respond to the Complaint has been made.

      In accordance with Rule 1.B of Your Honor's Individual Practices regarding requests for extensions of time to respond, Defendants also request an adjournment of the initial pre-trial conference scheduled on July 16, 2021.

The Honorable P. Kevin Castel
June 9, 2021
Page 2

                                              Respectfully submitted,

                                              /s/ *Christopher P. Malloy*

                                              Christopher P. Malloy

cc:      All Counsel of Record (via ECF)