### SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

ONE MANHATTAN WEST
NEW YORK, NY 10001
———
TEL: (212) 735-3000
FAX: (212) 735-2000
www.skadden.com

FIRM/AFFILIATE OFFICES
———
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
PALO ALTO
WASHINGTON, D.C.
WILMINGTON
———
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
MUNICH
PARIS
SÃO PAULO
SEOUL
SHANGHAI
SINGAPORE
TOKYO
TORONTO

DIRECT DIAL
(212) 735-3792
DIRECT FAX
(917)-777-3792
EMAIL ADDRESS
CHRISTOPHER.MALLOY@SKADDEN.COM

June 14, 2021

**VIA ECF**

The Honorable P. Kevin Castel
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

      RE:   *Castle Apparel Limited et al. v. Del Vecchio et al.*,
             No. 1:21-cv-04406-PKC

Dear Judge Castel:

      We write regarding our entry of appearance filed on June 9, 2021 on behalf of defendants Claudio Del Vecchio, Matteo Del Vecchio, Peak Trust Company, DV Family LLC, and Delfin S.A.R.L. in the above-referenced action (the "Action"). (ECF No. 12)  Our entry of appearance on behalf of defendant Peak Trust Company was inadvertent and we respectfully request that the Court terminate our representation as to Peak Trust Company.  We continue to represent the remaining defendants in the Action.  An initial pre-trial conference is currently scheduled for August 11, 2021.  (ECF No. 15)

      We are aware that Thomas A. Gentile, Esquire of Wilson Elser Moskowitz Edelman & Dicker LLP has been retained by Peak Trust Company and that a formal entry of appearance on behalf of Peak Trust Company is forthcoming.

      Respectfully submitted,

      /s/ *Christopher P. Malloy*

      Christopher P. Malloy

cc:    All Counsel of Record (via ECF)